IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 4:23-cv-00119-SMR-SBJ |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | OF FORFEITURE |
| | ) | |
| 2014 Black Acura MDX, Seized on | ) | |
| October 25, 2022, | ) | |
| | ) | |
| Defendant. | ) | |

On review of the United States' motion for entry of a default judgment in favor of the United States forfeiting the Defendant Property to the United States, this Court finds as follows:

1. An Amended Verified Complaint for Forfeiture in Rem was filed on April 13, 2023. (R. Doc. 2).

2. Pursuant to Supp. R. G(4)(b)(i), written notice of the forfeiture was sent to potential Claimant, Elizabeth Trujillo. Proof of service is set out in the Certificate of Service filed by the United States. (R. Doc. 7).

3. Pursuant to Supp. R. G(4)(a)(iv)(C), notice of forfeiture was published for 30 consecutive days on an official government internet site, as shown by the Declaration of Publication. (R. Doc. 8).

4. Pursuant to Supp. R. G(5)(a), any claim to the Defendant Property was required to be filed no later than 35 days after written notice was sent, or 60 days after the first date of publication. No person or entity filed a claim or otherwise appeared or answered, and the time to do so has run.

5. On request of the United States, the Clerk of the District Court granted Entry of Default. (R. Doc. 10).

6. Because there are no claims to the Defendant Property and the Clerk granted Entry of Default, the United States is entitled to judgment in its favor and to an order forfeiting the Defendant Property to the United States.

**IT IS HEREBY ORDERED THAT** judgment is entered in favor of the United States and all right, title and interest in the Defendant Property described above is forfeited to the United States.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2023.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA